No. 336, Misc.  HOWELL *v.* OREGON.  Sup. Ct. Ore. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  Petitioner *pro se.* *Robert J. Elfers* for respondent.

No. 432.  HOLMES ET AL. *v.* EDDY ET AL., 382 U. S. 892;

No. 614.  NEHRING *v.* GERRITY, 382 U. S. 202;

No. 616.  EASTER *v.* ZIFF ET AL., 382 U. S. 957;

No. 632.  SCALZA *v.* UNITED STATES, 382 U. S. 973;

No. 660.  JONES, ADMINISTRATOR *v.* UNITED STATES, 382 U. S. 975;

No. 1, Misc.  STELLO *v.* PENNSYLVANIA, 382 U. S. 988;

No. 15, Misc.  GILLENTINE *v.* UNITED STATES, 382 U. S. 999, *sub nom.* HERR ET AL. *v.* UNITED STATES;

No. 668, Misc.  TRANTINO *v.* NEW JERSEY, 382 U. S. 993;

No. 697, Misc.  BOWDEN *v.* CALIFORNIA ADULT AUTHORITY ET AL., 382 U. S. 965;

No. 772, Misc.  VIDA *v.* ROTH, U. S. DISTRICT JUDGE, 382 U. S. 996;

No. 773, Misc.  SKOLNICK *v.* HALLETT ET AL., 382 U. S. 996;

No. 794, Misc.  ESKRIDGE *v.* RHAY, PENITENTIARY SUPERINTENDENT, 382 U. S. 996;

No. 807, Misc.  FURTAK *v.* NEW YORK, 382 U. S. 997;

No. 838, Misc.  McGANN *v.* RICHARDSON, WARDEN, ET AL., 382 U. S. 1007;

No. 898, Misc.  McINTOSH *v.* UNITED STATES, 382 U. S. 1029; and

No. 978, Misc.  ZANCA *v.* MAIMONIDES HOSPITAL, 382 U. S. 1020.  Petitions for rehearing denied.